**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an
  amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **California Environmental Systems, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  CES, Inc.** <br> **DBA  CA Enviro Systems** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-2768071** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** <br><br> **12265 Locksley Lane** <br> **Auburn, CA 95602** <br> Number, Street, City, State & ZIP Code <br><br> **Placer** <br> County | **Mailing address, if different from principal place of business** <br><br><br><br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://www.calenvirosystems.com/** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor    **California Environmental Systems, Inc.**                    Case number *(if known)* _____
          Name

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____**2382**____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | _____ | When | _____ | Case number | _____ |
| | District _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

Debtor  **California Environmental Systems, Inc.**                Case number (*if known*) _____
_____
Name

List all cases. If more than 1,          Debtor    **Carter Sterling Pierce, Jr.**          Relationship    **Equity holder**
attach a separate list                           _____                    _____

                                        **Eastern Distrist of**
                                        **California,**
                              District  **Sacramento Division**     When    **12/12/24**      Case number, if known    **2024-25594-B-7**

---

**11.**  **Why is the case filed in**     *Check all that apply:*
        **this district?**

        ■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
            preceding the date of this petition or for a longer part of such 180 days than in any other district.

        ☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.**  **Does the debtor own or**     ■ No
        **have possession of any**    ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
        **real property or personal**
        **property that needs**
        **immediate attention?**      **Why does the property need immediate attention?** (*Check all that apply.*)

                              ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                What is the hazard? _____

                              ☐ It needs to be physically secured or protected from the weather.

                              ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
                              ☐ Other
                              **Where is the property?** _____
                                                          Number, Street, City, State & ZIP Code
                              **Is the property insured?**
                              ☐ No
                              ☐ Yes.   Insurance agency  _____
                                        Contact name     _____
                                        Phone            _____

---

███  **Statistical and administrative information**

**13.**  **Debtor's estimation of**     .     *Check one:*
        **available funds**
                              ■ Funds will be available for distribution to unsecured creditors.

                              ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.**  **Estimated number of**     ☐ 1-49                    ☐ 1,000-5,000              ☐ 25,001-50,000
        **creditors**              ☐ 50-99                   ☐ 5001-10,000              ☐ 50,001-100,000
                              ☐ 100-199                 ☐ 10,001-25,000            ☐ More than100,000
                              ■ 200-999

---

**15.**  **Estimated Assets**      ☐ $0 - $50,000            ■ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
                              ☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion
                              ☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
                              ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million   ☐ More than $50 billion

---

**16.**  **Estimated liabilities**  ☐ $0 - $50,000            ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
                              ☐ $50,001 - $100,000      ■ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion
                              ☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
                              ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million   ☐ More than $50 billion

---

| Debtor | California Environmental Systems, Inc. | Case number (*if known*) | |
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 27, 2025**
              MM / DD / YYYY

**X /s/ Jeanette Pierce**             **Jeanette Pierce**
Signature of authorized representative of debtor      Printed name

Title    **Secretary**

**18. Signature of attorney**

**X /s/ Gabriel E. Liberman**        Date   **January 27, 2025**
Signature of attorney for debtor                 MM / DD / YYYY

**Gabriel E. Liberman**
Printed name

**Law Offices of Gabriel Liberman, APC**
Firm name

**1545 River Park Drive., STE 530**
**Sacramento, CA 95815**
Number, Street, City, State & ZIP Code

Contact phone   **916-485-1111**      Email address   **attorney@4851111.com**

**303010 CA**
Bar number and State

In re    **California Environmental Systems, Inc.**        Case No. _____
                                 Debtor(s)

# FORM 1. VOLUNTARY PETITION
### Attachment A

## RESOLUTION TO FILE CHAPTER 11 BANKRUPTCY
### of California Environmental Systems, Inc.

WHEREAS, California Environmental Systems, Inc. a California corporation (the "Corporation") is insolvent and unable to pay its debts when due, and WHEREAS, the Corporation and its creditors would best be served by reorganization of the Corporation under Chapter 11 of the Bankruptcy Code, be it:

*RESOLVED, that the Corporation file as soon as practicable for reorganization pursuant to Chapter 11 of the Bankruptcy Code.*

The undersigned hereby certifies that they are the designated party per the Corporations bylaws duly formed pursuant to the laws of the state of California and that the foregoing is a true record of a resolution duly adopted at an board meeting and that said meeting was held in accordance with state law and the Corporation's bylaws of the above-named Corporation and that said resolution is now in full force and effect without modification or rescission.

IN WITNESS WHEREOF, We have subscribed our names to this document on this 27th day of January in the year 2025.

Signature: <u>/s/ Jeanette Pierce</u>

Print Name: <u>Jeanette Pierce</u>

Title: <u>Secretary, Vice President , Majority shareholder</u>

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **California Environmental Systems, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Andelson Atkinson et al 2151 River Plaza Drive Suite 300 Sacramento, CA 95833** | | **Pending litigation related to case no. SCV0051709 for contract:collections** | **Contingent Unliquidated Disputed** | | | **$55,429.26** |
| **Artisans Insurance Ltd. ATTN: Sarah May, Kensington House PO Box 10027 Grand Cayman KY1-1001, Cayman Islands** | | **Trade debt** | | | | **$54,772.00** |
| **B&M Builders, Inc. Attn: An Officer** | | **Trade debt. Pending case no. S-CV-0053852** | | | | **$127,040.00** |
| **California Dept of Tax and Fee Admin PO Box 942879 Sacramento, CA 94279-0055** | | | | | | **$662,843.93** |
| **Carrazco LLP Attn: Am Officer 455 Capitol Mall #350 Sacramento, CA 95814** | | **Services rendered. Pending breach of contract action in case no. 24CV-017160** | | | | **$101,321.00** |
| **Dylan Vaugn Barrows 4126 52nd Street Sacramento, CA 95820** | | **Employee benefit contributions** | | | | **$58,891.75** |

Debtor    **California Environmental Systems, Inc.**          Case number *(if known)* _____

        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Employment Development Department Bankruptcy Group, MIC 92E P.O. Box 826880 Sacramento, CA 94280 | | 90 days or less: Accounts receivable | | $223,586.45 | $806,941.31 | $223,586.45 |
| Ferguson Enterprises LLC Attn Kevin M Murphy Managing Member 751 Lakefront Commons Newport News, VA 23606 | | Trade debt | | | | $500,786.35 |
| Garrett Crabb 3105 Garden Circle Apt 2 Shingle Springs, CA 95682 | | Employee benefit contributions 2019: $4,595.67 2022: $8,673.91 2023: $26,616.11 2024: $7,317.34 | | | | $47,200.03 |
| Great American Insurance Company Attn David L Thompson Jr Chief Executive Officer 301 E 4th Street Cincinnati, OH 45202 | | 90 days or less: Accounts receivable | Contingent Unliquidated Disputed | $12,100,034.47 | $806,941.31 | $12,100,034.47 |
| Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | 90 days or less: Accounts receivable | | $961,332.89 | $806,941.31 | $961,332.89 |
| Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | 90 days or less: Accounts receivable | | $142,504.85 | $806,941.31 | $142,504.85 |
| KP Martin General Engineering, Inc. 10556 Combie Rd, #6240 Auburn, CA 95602 | | Trade debt | | | | $84,134.14 |
| LB Construction, Inc 8655 Washington Blvd. Roseville, CA 95678 | | Trade debt | | | | $340,871.45 |

| Debtor | **California Environmental Systems, Inc.** | | Case number *(if known)* | |
|--------|------|--|----------|--|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **MESA3 Inc Attn Dan Feng Edwards Chief Executive Officer 1945 Las Plumas Ave San Jose, CA 95133** | | **Judgment rendered in contract; collections action. Case no. 24CV442003** | | | | **$103,524.60** |
| **Nationwide Mutual Insurance Company Attn Kirt A Walker One Nationwide Plaza Columbus, OH 43215-2220** | | **Trade debt** | | | | **$54,652.88** |
| **Osvaldo Felix 1213 Kaseberg Circle Roseville, CA 95678** | | **Employee benefit contributions** | | | | **$59,788.50** |
| **Practus LLP 11300 Tomahawk Creek Pkwy Suite 310 Leawood, KS 66211** | | **Unpaid services rendered** | | | | **$51,920.63** |
| **WillScot Holdings Corp/Mobile Mini, Inc. Attn: An Officer 4646 E Van Buren St Ste 100 Phoenix, AZ 85008-6949** | | **Trade debt** | | | | **$46,831.20** |
| **Zurich American Insurance Company Attn Kristof Terryn Chief Executive Officer 1299 Zurich Way Schaumburg, IL 60196** | | **90 days or less: Accounts receivable** | **Contingent Unliquidated** | **$139,008.00** | **$806,941.31** | **$139,008.00** |

# United States Bankruptcy Court
## Eastern District of California

In re    **California Environmental Systems, Inc.**       Case No. _____

                         Debtor(s)       Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Carter Pierce Jr.<br>930 Kidder Court<br>Auburn, CA 95603 | Common Stock | 44% | |
| Dave Armenta<br>330 Canyon Falls Drive<br>Folsom, CA 95630 | Common Stock | 5% | |
| Jeanette Pierce<br>129 Rancho Circle<br>Auburn, CA 95603 | Common Stock | 51% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Secretary** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **January 27, 2025**          Signature   **/s/ Jeanette Pierce**     *Jeanette Pierce*
                                                    **Jeanette Pierce**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

.

U.S.D.O.J. - Office of the U.S. Trustee
Eastern District of CA / Sacramento
Robert T. Matsui U.S. Courthouse
501 "I" St., 7th Floor, Room 7-500
Sacramento, CA 95814


California Environmental Systems, Inc.
12265 Locksley Lane
Auburn, CA 95602


Abel Gomez
27797 Avenue 16
Madera, CA 93638


Abel Valle
106 1/2 B
Roseville, CA 95678


Accurate Forklift Inc
c/o Samuel K McHenry
Chief Executive Officer
85 Scenic Ave
Santa Rosa, CA 95407


Adrian Vazquez
1979 Boothe Road
Ceres, CA 95307


Aflac
Consumer Response and Resolution Dept
PO Box 5388
Columbus, GA 31906-0388


Air Conditioning Trade Association
1112 N Main St 386
Manteca, CA 95336


Air Treatment Corporation
3221 Ramos Circle
Sacramento, CA 95827


Albert Jacquez
3624 Historic Ct
Modesto, CA 95356

Alex Cerda
9181 Buckeye Way
Sacramento, CA 95829

Allied Storage Containers Inc
80 Deaner Ave
Woodland, CA 95776

Allsafe Computers LLC
Attn Anthony Richard Merrill
Agent for Service of Process
788 Mikkelsen Dr Apt 205
Auburn, CA 95603

American Crane Rental Inc
304 N Valentine Ave
Fresno, CA 93706

American Crane Rental Inc
Attn Keith Powell
515 1st Street
Escalon, CA 95320

American Guarantee and Liability Ins C
Robins Kaplan LLP
Attn David Veis
2049 Century Park East Suite 3400
Los Angeles, CA 90067

American Guarantee and Liability Ins C
Attn Kristof Terryn
Chief Executive Officer
1299 Zurich Way
Schaumburg, IL 60196

American Guarantee and Liability Ins C
P O Box 968037
Schaumburg, IL 60196

Amerigas
PO Box 715
Pasadena, CA 91109-7155

Andelson Atkinson et al
2151 River Plaza Drive Suite 300
Sacramento, CA 95833

Antonio Melgoza
4600 40th Ave
San Jose, CA 95126


Artisans Insurance Ltd.
ATTN: Sarah May, Kensington House
PO Box 10027
Grand Cayman KY1-1001, Cayman Islands


Astound Broadband
Attn WaveDivision Holdings LLC
3700 Monet Villa Parkway
Bothell, WA 98021


Astound Broadband
1015 Lincoln Way
Auburn, CA 95603


Austin Berringer
5467 Plantain Circle
Orangevale, CA 95662


B&M Builders, Inc.
Attn: An Officer


B&M Builders, Inc.
c/o Erin K. McDonough
2500 Venture Oaks Way, Suite 320
Sacramento, CA 95833


Backgrounds Online
1915 21 St
Sacramento, CA 95811


Bank of America
PO Box 15796
Wilmington, DE 19886


Bank of America, N.A.
Attn: An Officer
100 North Tryon Street
Charlotte, NC 28202

Bank of America, N.A.
P O Box 15019
Wilmington, DE 19886


Bank of America, N.A.
Attn Bankruptcy
4909 Savarese Circle
Tampa, FL 33634


Bank of America, N.A.
Attn: Michael Brown
HEMAR, ROUSSO & HEALD, LLP
15910 Ventura Boulevard, 12th Floor
Encino, CA 91436


Barnes Welding Supply
2825 S Elm Ave 101
Fresno, CA 93706


Barnhart Crane and Rigging Co
Attn Alan Barnhart
2163 Airways Blvd
Memphis, TN 38114


Barnhart Crane and Rigging Co
22329 NE Marine Dr
Fairview, OR 97024


Bender Insurance Solutions
Attn: An Officer
516 Gibson Drive, Suite 240
Roseville, CA 95678


Blain Stumpf Construction Fence Rentals
PO Box 231
Shingle Springs, CA 95682


Blia Yang
5417 Martin Luther King Jr
Sacramento, CA 95820


Blue Shield of California
 P.O. Box 749415
Los Angeles, CA 90074-9415

Boyd Schaeffer
137 N Santa Clara S
Tulare, CA 93274


Brandon Degerald
8008 Randolph Drive
Roseville, CA 95747


Bryan Marshall
8452 Merry Hill Way
Elk Grove, CA 95624


Burnham Benefits Insurance Services LLC
Attn Andrew Gilbert Special Manager
4211 W Boy Scout Blvd Suite 800
Tampa, FL 33607


Burnham Benefits Insurance Services LLC
c/o Baldwin Krystyn Sherman Partners LLC
4211 W Boy Scout Blvd
Suite 800
Tampa, FL 33607


Burnham Benefits Insurance Services LLC
2220 Douglas Blvd
Suite 170
Roseville, CA 95661


C.R.C Roofing Inc
Attn Martin Tejeda
Chief Executive Officer
3774 Bradview Drive
Sacramento, CA 95827


C.R.C Roofing Inc
10101 Nebula Way
Sacramento, CA 95827


CA Labor  & Workforce Development Agency
800 Capital Mall, Suite 500
(MIC-55)
Sacramento, CA 95814


Cal Pacific Curb
PO Box 1267
Salida, CA 95368

Cal West Concrete Cutting Inc
Attn Marvin Weldon Birch
Chief Executive Officer
Union City, CA 94587


Cal West Concrete Cutting Inc
1297 Market St
Yuba City, CA 95991


Caleb Brodeau
1720 Oakview Drive
Roseville, CA 95661


California Dept of Tax and Fee Admin
PO Box 942879
Sacramento, CA 94279-0055


California Office of the Director
John E Moss Federal Bldg
650 Capitol Mall, Suite 7-100
Sacramento, CA 95814


Camblin Steel Service, Inc
548 Gibson Dr, Ste 150
Roseville, CA 95678


Carlos Quevedo
2760 W. Lincoln Ave #1
Anaheim, CA 92801


Carrazco LLP
Attn: Am Officer
455 Capitol Mall #350
Sacramento, CA 95814


Carter Pierce Jr.
930 Kidder Court
Auburn, CA 95603


Carter Pierce Jr.
12265 Locksley Lane
Auburn, CA 95602

Casey S. Dunn
7330 Holbrook Way
North Highlands, CA 95660


Central Duct Testing
9745 Old Placerville Rd, No 62
Sacramento, CA 95827


Cesar Gonzalez
2444 Encinal Ave
Sacramento, CA 95822


Chadwick J Kirkendall
728 Prater Way
Sparks, NV 89431


Charles Riffle
12490 Celestial Way
Auburn, CA 95603


Chase Valadez
6854 Kittery Ave
Citrus Heights, CA 95621


Chenoweth Law Group PC
510 SW 5th Ave Fourth Floor
Portland, OR 97204


Christian Thompson
7711 Greenback Lane Apt 268
Citrus Heights, CA 95610


Christopher Curry
10163 Dormer Way
Elk Grove, CA 95757


Christopher Strickland
3441 Mira Loma Drive #20C
Shingle Springs, CA 95682


Chueneng Her
5417 Martin Luther King Jr.
Sacramento, CA 95820

Circo System Balance, Inc.
4100 Florin-Perkins Road
San Francisco, CA 94102


City of Healdsburg
Attn: Evelyn Mitchell, Mayor
401 Grove Street
Healdsburg, CA 95448


City Of Rohnert Park
Attn Susan Hollingsworth Adams Mayor
City Hall
130 Avram Avenue
Rohnert Park, CA 94928


Cody Hubbard
2431 River Plaza Dr Apt 167
Sacramento, CA 95833


Collectronics of California
3785 Brickway Blvd. #210
Santa Rosa, CA 95403


Colonial American Casualty and Surety C
Attn Kristof Terryn
Chief Executive Officer
Schaumburg, IL 60196


Colonial American Casualty and Surety C
P O Box 968037
Schaumburg, IL 60196


Colonial American Casualty and Surety C
Robins Kaplan LLP
Attn David Veis
2049 Century Park East Suite 3400
Los Angeles, CA 90067


Curtis Barnard
3004 Dinwiddie Way
Elk Grove, CA 95758


Daniel Galvan
7434 Auburn Oaks Court Apt 132
Citrus Heights, CA 95621

Daniel Lopez
8259 Yardgate Way
Citrus Heights, CA 95621

David Barros
9700 Sand Hollow Way
Elk Grove, CA 95757

David Dimiceli
1479 Buckeye Court
Auburn, CA 95603

David Lopez
8259 Yardgate Way
Citrus Heights, CA 95621

DCI Inc
12305 Locksley Lane
Auburn, CA 95602

Dean Blackburn
5620 Cobbler Lane
Marysville, CA 95901

Dennis Taylor
7901 Saybrook Drive
Citrus Heights, CA 95621

Department of California Highway Patrol
601 N 7th Street
Sacramento, CA 95811

Department of Industrial Relations
Division of Labor Standards
2031 Howe Avenue - Ste 100
Sacramento, CA 95825

Department of Motor Vehicle - Renewal
PO Box 942890
Sacramento, CA 94290-0001

Dependable Crane Service LLC
Attn Danny Matranga
Managing Member
3778 Edington Drive
Rancho Cordova, CA 95742


Dependable Crane Service LLC
360 N 10th St
Sacramento, CA 95811


Derek Kintz
3123 Terry Way
Carmichael, CA 95608


Derek Price
1721 Darwin Ave
Modesto, CA 95354


Derek Simon
5871 Arrowhead Drive
Foresthill, CA 95631


Devon Vierra
431 W. Rose Street
Stockton, CA 95203


Dontae Massey
6810 Di Lusso Drive #232
Elk Grove, CA 95758


Downey Brand LLP
Attn: Jaime P Dreher
621 Capitol Mall 18th Floor
Sacramento, CA 95814


Dundas Geomatics, Inc
Attn: An Officer
159 S. Auburn St
Grass Valley, CA 95945


Dylan Vaugn Barrows
4126 52nd Street
Sacramento, CA 95820

EcoGuard Pest Management
Attn Curtis Abthony Wills
Chief Executive Officer
P O Box 653
El Dorado Hills, CA 95762


EcoGuard Pest Management
5045 Robert J Mathews Pkwy Suite 200
El Dorado Hills, CA 95762


Eddie Beckett
7405 Greenback Ln. #277
Citrus Heights, CA 95610


Efrain Pacheco
975 Boynton Ave Apt 39
San Jose, CA 95117


Employment Development Department
Bankruptcy Group, MIC 92E
P.O. Box 826880
Sacramento, CA 94280


Eric Mays
9074 Chanti Circle
Stockton, CA 95212


Ernest Reyes
8575 Greenback Lane
Orangevale, CA 95662


Ferguson Enterprises LLC
Attn Kevin M Murphy
Managing Member
751 Lakefront Commons
Newport News, VA 23606


Fidelity and Deposit Company of Marylan
Robins Kaplan LLP
Attn David Veis
2049 Century Park East Suite 3400
Los Angeles, CA 90067

Fidelity and Deposit Company of Marylan
Attn Kristof Terryn
Chief Executive Officer
1299 Zurich Way
Schaumburg, IL 60196


Finch Thornton Baird LLP
4747 Executive Dr 700
San Diego, CA 92121


First Insurance Funding Corporation
Attn Mark Steenber
Chief Executive Officer
450 Skokie Blvd Suite 1000
Northbrook, IL 60062


First Legal Network LLC
Attn Alex Martinez
Managing Member
2920 N Green Valley Parkway Suite 514
Henderson, NV 89014


First Legal Network LLC
1000 G Street Suite 250
Sacramento, CA 95814


Franchise Tax Board
Bankruptcy Section
P.O. Box 2952 MSA - 340
Sacramento, CA 95812


G&T Truck Repair Inc
77 Apple Ct Suite C
Applegate, CA 95703


Garrett Crabb
3105 Garden Circle Apt 2
Shingle Springs, CA 95682


Garrett Hardware Plumbing Co Inc
Attn Carole Mascherini
Chief Executive Officer
1340 Healdsburg Ave
Healdsburg, CA 95448

Gary Tenns
4821 Pine Cone
Etna, CA 96027


Gilbert Cota
7277 Camino Del Rey
Sacramento, CA 95831


Government Employees Insurance Company
dba GEICO
7000 Midland Blvd
Amelia, OH 45102-2607


Great American Insurance Company
Attn David L Thompson Jr
Chief Executive Officer
301 E 4th Street
Cincinnati, OH 45202


Great American Insurance Company
2377 Gold Meadow Way
Rancho Cordova, CA 95670


Great American Insurance Company
Attn Robert J. Berens
17901 Von Karman Avenue, Suite 500
Irvine, CA 92614


Grus, Inc.
Attn: An Officer
3209 E 3rd Road
Tampa, FL 33605-5711


Hanson Tank
Roy E Hanson Jr Mfg
Attn Robert Landeros CEO
1600 E Washington Blvd
Los Angeles, CA 90021


Hector Gomez others simialrly situated
c/o David Yeremian
David Yeremian Associates Inc
240 Foothill Blvd Suite 201
La Crescenta, CA 91214

Hector Gomez others simialrly situated
c/o Alvin B Lindsay
D Law Inc.
450 N Brand Blvd Suite 840
Glendale, CA 91203

Humana Insurance Company
Attn George Renaudin II
Chief Executive Officer
1100 Employers Boulevard
De Pere, WI 54115

Hunter Shaw
141 North Street
Woodland, CA 95695

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814

Internal Revenue Service
United States Department of Justice
Civil Trial Section, Western Region
Box 683, Ben Franklin Station
Washington, DC 20044

International Fidelity Insurance Company
Attn: An Officer
One Newark Center, 20th Floor
Newark, NJ 07102

Isaac DeLeon
6351 Garland Ct
North Highlands, CA 95660

Isaac Garcia
1064 Bradley Square
Sparks, NV 89434

James Perrow
3203 Acton Way
Roseville, CA 95747

James Trinkeller
4964 Diablo Drive
Sacramento, CA 95842

Jason Dobbs
5583 Arboga Rd #1
Marysville, CA 95901

Jaycen Aceves
611 Andress Court
Roseville, CA 95678

Jeannette Pierce
129 Rancho Circle
Auburn, CA 95603

Jeannette Pierce
12265 Locksley Lane
Auburn, CA 95602

John Walsh
9746 Beachwood Dr.
Orangevale, CA 95662

Jose Jasso
22155 Hathaway Ave
Hayward, CA 94541

Joseph J Duchscherer
1120 Oakwood Dr
Oakland, OR 97462

Josh Pickles
2225 Colonial Village #3
Auburn, CA 95603

JPMorgan Chase Bank, N.A.
P.O. Box 15298
Wilmington, DE 19850

Juan Mercado
1812 Manzanita Way
West Sacramento, CA 95691


Justin Paramore
1986 N Sherman St
Hanford, CA 93230


Kaiser Permanente Insurance Company
Attn Charles Bevilacqua, CEO
P O Box 12923
Oakland, CA 94604-2923


Kao Chao
5747 66th St
Sacramento, CA 95824


Kevin P. Bell
1045 Matson Drive
Auburn, CA 95603


Kevin Peck
500 Livoti Ave
Roseville, CA 95661


Keystone Structural Engineers
970 Reserve Drive, Suite 100
Roseville, CA 95678


Kolbi Pipe Marker Co.
Attn: An Officer
3727 N Ventura Drive
Arlington Heights, IL 60004


KP Martin General Engineering, Inc.
10556 Combie Rd, #6240
Auburn, CA 95602


Krogh & Decker LLP
555 Capitol Mall, Suite 700
Sacramento, CA 95814

Lang Joist Inc
Attn: An Officer
80590 Camino
Indio, CA 92203-7434


LB Construction, Inc
8655 Washington Blvd.
Roseville, CA 95678


Lecarson Pringle
306 E 4th Avenue
Sun Valley, NV 89433


Leo McGlade & Associates, Inc
Attn: An Officer
3417 Arden Way
Sacramento, CA 95825


Lewis D. Morsea
3986 Happy Rd
Loomis, CA 95650


Linde Gas Equipment Inc
Attn Benjamin Glazer
Chief Executive Officer
10 Riverview Dr
Danbury, CT 06810


Linde Gas Equipment Inc
3100 Power Inn Rd
Sacramento, CA 95826


Lonnie Raney
4729 Kingbird Way
Sacramento, CA 95842


Luciano Torres
4100 The Woods Dr #209
San Jose, CA 95136


Luciano Torrez
4100 The Woods Dr #209
San Jose, CA 95136

Luis Madrigal
406 Bonita Ave
Modesto, CA 95350

Luis Maravilla
3169 Pine Street
Longview, WA 98632

Mac Arthur Co
Attn Barrett Moen
Chief Executive Officer
Saint Paul, MN 55114-1268

Mac Arthur Co
2855 Mandela Parkway, Suite 3
Emeryville, CA 94608

Manuel Ruiz
2218 Whistler Way
Rancho Cordova, CA 95670

Marco A. Silva
860 Maple Court
Livingston, CA 95334

Marjean Sellman
1441 Mt. Weske Dr
Windsor, CA 95492

Marsh & Company, Inc.
Attn: An Officer
PO Box 556
Penn Valley, CA 95946

Martin Perez Lopez
9760 Marilla Dr Apt 30
Lakeside, CA 92040

Matthew Lashbrook
15447 Kingsbury Circle
Grass Valley, CA 95949

Matthew Lewis
428 South 5th Street Apt #101
2019, CA 93625

Matthew Strickland
4800 Oak Hill Rd
Placerville, CA 95667


Max Huit
2723 North View Drive
Sacramento, CA 95833


McClellan Davis LLC
508 Gibson Dr Suite 120
Roseville, CA 95678


MESA3 Inc
Attn Dan Feng Edwards
Chief Executive Officer
1945 Las Plumas Ave
San Jose, CA 95133


MESA3 Inc
Attn Daniel J Mash
McPharlin Sprinkles Thomas
720 University Ave Suite 250B
Los Gatos, CA 95032


Michael Antrobus
2396 Utah Ct.
Yuba City, CA 95991


Michael Burnthon
PO Box 5540
Marysville, CA 95901


Michael Guillory
3130 Northview Dr
Sacramento, CA 95833


Michael Masayon
5916 Petaluma Ct
Sacramento, CA 95841


Michael W. Lumpkins
1039 Gilliland Dr
Yuba City, CA 95991

Moule's Foothill Glass, Inc,
Attn: An Officer
1029 Grass Valley Hwy
Auburn, CA 95603


Nathan Markham
112 Kendal St
Vacaville, CA 95688


National Concrete Cutting Co
7800 Cucamonga Ave
Sacramento, CA 95826


Nationwide Mutual Insurance Company
Attn Kirt A Walker
One Nationwide Plaza
Columbus, OH 43215-2220


Nehemiah Rebar Services, Inc.
Attn: An Officer
PO Box 2149
Shingle Springs, CA 95682


Nelson Robles
3057 66th Ave
Sacramento, CA 95822


Nevada City Engineering, Inc.
Attn: An Officer
P.O. Box 1437
Nevada City, CA 95959


Nicholas Gutierrez
3981 Anastasia Ln
Stockton, CA 95206


Nick Huxtable
7087 Woodmoore Oaks
Citrus Heights, CA 95610


Nicolos Tsurumoto
7069 US Highway 50 E
Dayton, NV 89403

Nikki B. Farris, Chapter 7 Trustee
2607 Forest Ave #120
Chico, CA 95928


Nordby Construction Company's
600 Bicentennial Way #210
Santa Rosa, CA 95403


Norman S Wight et al
2374 Gold River Rd
Rancho Cordova, CA 95670


Norman S Wright et al
Attn Richard F Leao
Managing Member
99A South Hill Dr
Brisbane, CA 94005


O'Connor, Thompson LLP
2500 Venture Oaks Way, Ste 320
Sacramento, CA 95833


Orlando Lopez
565 Lincoln Ave. Apt D
Modesto, CA 95354


Oscar Alfarez
7740 Watt Avenue, #260
Antelope, CA 95843


Osvaldo Felix
1213 Kaseberg Circle
Roseville, CA 95678


Pacific Test & Balance, Inc
Attn: An Officer
3055 Alvarado St
San Leandro, CA 94577


PCI Performance Contracting Group, Inc
Attn: An Officer
PO Box 872346
Kansas City, MO 64187

Peninsula Crane Rigging Inc
656 Wool Creek Dr
San Jose, CA 95112


Peter A. Wirsch
972 Rosene Court
Auburn, CA 95603


PHCC of California Educational Fdn
Attn Whitney Squire
Chief Executive Officer
1820 Tribute Rd Suite A
Sacramento, CA 95815


Phillip Peacock
2912 Camarillo Drive
Sacramento, CA 95833


Philmore LLC
Attn Carter Pierce Sr
Managing Member
2970 Black Oak Rd
Auburn, CA 95602


Philmore LLC
2970 Black Oak Road
Auburn, CA 95602


Pittman Engineering, Inc
Attn: An Officer
915 Douglas Blvd # 10
Roseville, CA 95678


PM Construction LLC
2970 Black Oak Rd
Auburn, CA 95602


Porter Law Group, Inc
Attn: An Officer
11335 Gold Express Dr Suite 100
Rancho Cordova, CA 95670


Practus LLP
11300 Tomahawk Creek Pkwy Suite 310
Leawood, KS 66211

Radia California Radiology Medical Group
Attn: An Officer
7500 Security Boulevard
Windsor Mill, MD 21244


Rafael Araujo
1283 Cathay Drive
San Jose, CA 95122


Ray Mendez
1960 Southwest Parkway #4
San Jose, CA 95126


Recology Auburn Placer
Attn Salvatore M Coniglio
Chief Executive Officer
50 California St Floor 24
San Francisco, CA 94111


RegasGroup Inc
Attn Dominick Sager
Chief Executive Officer
705 E Bidwell St
Folsom, CA 95630


Republic Indemnity Company
Attn: An Officer
4500 Park Granada Blvd., Suite 300
Calabasas, CA 91302


Richard Barbitta
1675 Vernon St, #73
Roseville, CA 95678


Richard Lincoln
1090 Pinecrest Dr
Meadow Vista, CA 95722


Ricky Torculas
1501 El Camino Ave
Stockton, CA 95209


Right Striping
PO Box 1811
Colfax, CA 95713

Robert Cervantes
14141 Polk St. #38
Sylmar, CA 91342


Roberto Tejada
2009 Moose Trail
Greenwood, CA 95635


Rocklin Windustrial Co.
Attn. An Officer
4311 Anthony Ct #500
Rocklin, CA 95677


Roland L. Gutherie
1224 NE Walnut St, #241
Roseburg, OR 97470


Roth Staffing Companies, L.P.
Attn: An Officer
450 N. State College Blvd
Orange, CA 92868


RS Analysis Inc.
Attn: An Officer
1035 Suncast Lane #13
El Dorado Hills, CA 95762


RS Analysis Inc.
c/o Lanak & Hanna
1851 East First Stree, Ste 700
Santa Ana, CA 92705


Ryan Choplin
2066 Howlett Ave Apt A
Yuba City, CA 95993


Ryan Crabbe
9294 Winding Brook Way
Elk Grove, CA 95624


Safe2core Inc
Attn Isabel Cristina Posada
Chief Executive Officer
3801 Charter Park Ct Ste A
San Jose, CA 95136

SafeGuard Business Systems Inc
Attn Mark Byers
Chief Executive Officer
801 S Marquette Avenue
Minneapolis, MN 55402


Salvador Figueroa
4409 12th Ave
Sacramento, CA 95820


Salvador Torres others simialrly situate
c/o David Yeremian
David Yeremian Associates Inc
240 Foothill Blvd Suite 201
La Crescenta, CA 91214


Salvador Torres others simialrly situate
c/o Alvin B Lindsay
D Law Inc
450 N Brand Blvd Suite 840
Glendale, CA 91203


SCCI Inc Safety Compliance Company
Attn Glenda J Herold
Chief Executive Officer
21250 Box Springs Road Suite 206
Moreno Valley, CA 92557


Sean Perez
51 Lipton Way
Cotati, CA 94931


Sentry Insurance Company
Attn Peter G McPartland
Chief Executive Officer
1800 North Point Drive
Stevens Point, WI 54481


Sentry Insurance Company
556 Valley Way
Milpitas, CA 95035


Sergio Mertinez
2483 Marquette Way
Fairfield, CA 94533

Servpro of East Concord/Brentwood
103 Technology Ct. Suite D
Brentwood, CA 94513


Shaun Archer
6331 Eldon Avenue
Loomis, CA 95650


Shawn Paine
405 W. Bell Ave
Santa Ana, CA 92707


Slakey Brothers Inc
Attn Chris Walters
Chief Executiev Officer
2215 Kausen Drive Suite 1
Elk Grove, CA 95758


Smile Business Products, Inc.
Attn: An Officer
4525 Auburn Blvd.
Sacramento, CA 95841


Sonoma County Fire District
PO Box 269110
Sacramento, CA 95826-9110


Sonoma County Resource Recovery
7911 Redwood Dr 202
Cotati, CA 94931


Sonoma County Resource Recovery
PO Box 1471
Windsor, CA 95492


St. Joseph Health Northern CA LLC
Attn: Managing Member
1801 Lind Ave SW. Renton
Renton, WA 98057


State Farm General Insurance Company
Attn Denise Jean Hardin
Chief Executive Officer
One State Farm Plaza
Bloomington, IL 61710

State Farm General Insurance Company
P O Box 660309
Dallas, TX 75266-0309


Stepan Kravets
3604 Crow Ct
Antelope, CA 95843


Steven Silva
1817 White Pines Ct
Atwater, CA 95301


Sunstate Equipment Co LLC
Garth E Price
Managing Member
5552 E Washington St
Phoenix, AZ 85034


Sunstate Equipment Co LLC
8200 Industrial Avenue
Roseville, CA 95678


Sutter Health - Sutter Health Plus
Warner Thomas
Chief Executive Officer
2200 River Plaza Driev 3rd Floor
Sacramento, CA 95833


Sutter Health - Sutter Health Plus
P O Box 160307
Sacramento, CA 95816


T-Mobile
PO Box 742596
Cincinnati, OH 45274-2596


Taevion Massey
8138 La Almendra Way
Sacramento, CA 95823


Tigre Construction Specialties LLC
dba Tigre Firestop Insulation
Attn Jorge Alberto Valverde Vazquez
35733 Orleans Dr
Newark, CA 94560-1600

Tigre Construction Specialties LLC
dba Tigre Firestop Insulation
25613 Dollar St Suite 9
Hayward, CA 94544


Tigre Firestop & Insulation
25613 Dollar St, Suite 9
Hayward, CA 94544


Tom Moles
5848 Oakwood Drive
Marysville, CA 95901


Town of Windsor
Windsor Town Hall
301 Walnut St
Windsor, CO 80550


Trench & Traffic Supply
P.O. Box 981413
West Sacramento, CA 95798


Trimble Inc
Attn Robert Painter
Chief Executive Officer
10368 Westmoor Dr
Broomfield, CO 80021


Trimble Inc
510 De Guigne Drive
Sunnyvale, CA 94085


Tyler Rodgers
7329 Melva St.
Citrus Heights, CA 95610


United Refrigeration Inc
4330 Roseville Rd
North Highlands, CA 95660


United Rentals Inc
Attn Matthew J Flannery
Chief Executive Officer
100 First Stamford Place Suite 700
Stamford, CT 06902

United Rentals Inc
10183 Croydon Way Suite B
Sacramento, CA 95827-2103


United States Dept of Labor
Legal Counsel
N-2700
200 Constitutional Ave
Washington, DC 20210


Uptown Signs and Graphics Inc.
Attn: An Officer
939 Lincoln Way
Auburn, CA 95603


USC Supply
300 S. Highland Springs Ave
Suite 6-C #135
Banning, CA 92220


Verux
2443 Fair Oaks Blvd #150
Sacramento, CA 95825


Viktor Ruiz
PO Box 786
Toledo, WA 98591


Walker Fire Protection, Inc.
Attn: An Officer
219 Sutherland Dr
Auburn, CA 95603


Walker's Office Supplies, Inc.
Attn: An Officer
4041 Alvis Ct
Rocklin, CA 95677


Wells Fargo Bank, N.A.
Attn: An Officer
101 N. Phillips Avenue
Sioux Falls, SD 57104


Wells Fargo Equipment Finance
PO Box 77101
Minneapolis, MN 55480-7101

Wells Fargo Finance
PO Box 29704
Phoenix, AZ 85038-9704


William Hill
1315 Dustin Drive
Yuba City, CA 95993


WillScot Holdings Corp/Mobile Mini, Inc.
Attn: An Officer
4646 E Van Buren St Ste 100
Phoenix, AZ 85008-6949


Yerba Buena Engineering & Construction
1340 Egbert Ave
San Francisco, CA 94124


Zachary Lella
3355 Corinthian Lane
Auburn, CA 95603


Zurich American Insurance Company
Attn Kristof Terryn
Chief Executive Officer
1299 Zurich Way
Schaumburg, IL 60196


Zurich American Insurance Company
Robins Kaplan LLP
Attn David Veis
2049 Century Park East Suite 3400
Los Angeles, CA 90067


Zurich American Insurance Company
Horton Law Group
PO Box 9181
Rancho Santa Fe, CA 92067


Zurich Insurance Group LTD
P O Box 968037
Schaumburg, IL 60196

Zurich Insurance Group LTD
Robins Kaplan LLP
Attn David Veis
2049 Century Park East Suite 3400
Los Angeles, CA 90067

# United States Bankruptcy Court
## Eastern District of California

In re  **California Environmental Systems, Inc.**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **California Environmental Systems, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 27, 2025**

Date

**/s/ Gabriel E. Liberman**

**Gabriel E. Liberman**

Signature of Attorney or Litigant

Counsel for  **California Environmental Systems, Inc.**

**Law Offices of Gabriel Liberman, APC**

**1545 River Park Drive., STE 530**
**Sacramento, CA 95815**
**916-485-1111 Fax:916-485-1111**
**attorney@4851111.com**